IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LAMM TOWNHOUSES HOMEOWNERS ASSOCIATION, INC. F/K/A
LAMM TOWNHOUSE HOMEOWNERS ASSOC. CORP.,

      Appellant,

                           Case No.  5D22-386
v.                      LT Case No. 2018-CA-034225


CARL T. HILL, VICKI L. HILL, HELMUT LAMM, JULIE C. LAMM,
INDIVIDUALLY AND AS TRUSTEE OF THE JULIE C. LAMM TRUST U/A
DATED MAY 7, 2010, MARK SAFFER, TERESITA ABORLLEILE,
INDIVIDUALLY AND,

      Appellees.
_____/
Decision filed August 1, 2023

Appeal from the Circuit Court
for Brevard County,
David Dugan, Judge.

Robyn Marie Severs, of Becker,
Orlando, for Appellant.

Beverly A. Pohl, of Nelson Mullins,
Boca Raton, and Jeremy Springhart, of
Nelson Mullins, Orlando, for Appellees, Carl
T. Hill and Vicki L. Hill.

No Appearance for Other Appellees.

PER CURIAM.

     AFFIRMED.

EDWARDS, C.J., WALLIS and MACIVER, JJ., concur.